UNITED STATES DISTRICT COURT
Southern District of Georgia
Brunswick Division

William B. Jolley,

    Plaintiff,

vs

Donald J. Trump, President of the United States,

    Defendant.

Case number:

**CV 2 2 5 - 0 7 4**

## MOTION REQUESTING SERVICE OF PROCESS

1. The Court has approved Plaintiff, William B. Jolley (pro se) to proceed without prepayment of Court fees and charges where the case involves the Veteran's rights under the provisions of the Uniformed Services Employment and Reemployment Rights Act (USERRA).

2. It has been Plaintiff's experience that District Courts (*Washington, D.C. and Indianapolis, Indiana*) use the Marshals Service for "Service of Process" where the "USERRA fees and costs provisions" are applied. Plaintiff respectfully requests the Court to provide service of process for this case.

William B. Jolley (PRO SE)
73 Bartram Trail
Brunswick, Georgia 31523
E-mail: n61u@yahoo.com
Phone: for text messages only: 912-222-1660

MOTION APPROVED BY:

_____
Judge
District Court
Southern District of Georgia
Brunswick Division

Date: